63

# United States Bankruptcy Court
For The
Western District of New York

Date: 1/8/2018　　　　　　　　　　　　　　Case No: 17-20038-PRW

IN RE: PENG E HUN　　　　　　　　　　　　SSN #1: XXX-XX-1247
　　　　197 SARATOGA AVENUE
　　　　ROCHESTER, NY 14608

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | AMERICAN TAX FUNDING, LLC / 801 MAPLEWOOD DRIVE STE 4 SUITE 306 / JUPITER, FL 33458-8800 | 10,615.65 | | Secured |
| 002 | AMERICAN TAX FUNDING, LLC / 801 MAPLEWOOD DRIVE STE 4 SUITE 306 / JUPITER, FL 33458-8800 | 2,908.29 | 12.0000% From 04/03/2017 | Secured |
| 003 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 1461 | 664.71 | 12.0000% From 04/03/2017 | Secured |
| 004 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 1461 | 9,079.31 | 12.0000% From 04/03/2017 | Secured |
| 005 | CREDIT COLLECTION SERVICES / 725 CANTON STREET NORWOOD, MA 02062 | None | | Not Filed .00 |
| 006 | CREDIT COLLECTION SERVICES / 725 CANTON STREET NORWOOD, MA 02062 | None | | Not Filed .00 |
| 007 | ENHANCED RECOVERY COMPANY / PO BOX 23870 JACKSONVILLE, FL 32241-3870 | None | | Not Filed .00 |
| 008 | MONROE COUNTY TREASURER / 39 WEST MAIN STREET, ROOM I ROCHESTER, NY 14614 | 1,801.15 | 18.0000% From 04/03/2017 | Secured |
| 009 | PHILLIPS LYTLE HITCHCOCK ET AL / 28 EAST MAIN STREET SUITE 1400 / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 010 | PREMIUM FINANCING SPECIALISTS / PO BOX 412086 KANSAS CITY, MO 64141 | None | | Not Filed .00 |
| 011 | PREMIUM FINANCING SPECIALISTS / PO BOX 412086 KANSAS CITY, MO 64141 | None | | Not Filed .00 |
| 012 | PROGRESSIVE INSURANCE / 6300 WILSON MILLS ROAD CLEVELAND, OH 44143 | None | | Not Filed .00 |
| 013 | PROGRESSIVE INSURANCE / 6300 WILSON MILLS ROAD CLEVELAND, OH 44143 | None | | Not Filed .00 |
| 014 | PROPEL FINANCIAL SERVICES, LLC / P.O. BOX 100350 SAN ANTONIO, TX 78201 | 2,831.12 | 18.0000% From 04/03/2017 | Secured |
| 015 | ROCHESTER GAS & ELECTRIC / 89 EAST AVE ROCHESTER, NY 14649-0000 | 1,720.63 | | Unsecured |
| 016 | SOLOMON & SOLOMON, P.C. / PO BOX 15019 5 COLUMBIA CIRCLE / ALBANY, NY 12212 | None | | Not Filed .00 |
| 017 | SOLOMON & SOLOMON, P.C. / PO BOX 15019 5 COLUMBIA CIRCLE / ALBANY, NY 12212 | None | | Not Filed .00 |
| 018 | SOLOMON & SOLOMON, P.C. / PO BOX 15019 5 COLUMBIA CIRCLE / ALBANY, NY 12212 | None | | Not Filed .00 |
| 019 | SPRINT / PO BOX 4191 CAROL STREAM, IL 60197-4191 | None | | Not Filed .00 |
| 020 | AMERICAN TAX FUNDING, LLC / 801 MAPLEWOOD DRIVE STE 4 SUITE 306 / JUPITER, FL 33458-8800 | 4,809.81 | 18.0000% From 04/03/2017 | Secured |

# United States Bankruptcy Court
For The
Western District of New York

Date: 1/8/2018    Case No: 17-20038-PRW

IN RE: PENG E HUN    SSN #1: XXX-XX-1247
197 SARATOGA AVENUE
ROCHESTER, NY 14608

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 021 | AMERICAN INFOSOURCE LP AGENT FOR / T MOBILE/T-MOBILE US P.O. BOX 248848 / OKLAHOMA CITY, OK 73124-8848 | 100.02 | | Unsecured |
| | Total | 34,530.69 | | |
| | JUSTIN ALEXANDER, ESQ. UNDERBERG _KESSLER, LLP 300 BAUSCH _LOMB PLACE ROCHESTER, NY 14604 | 1,400.00 | | Debtor's Attorney |

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

### NOTICE

At Rochester, NY
PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK  /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on 1/19/18 to the debtor and attorney for the debtor.

/s/